IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERREL LEE BECKWITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration,<br><br>                    Defendant. | 8:19-CV-319<br><br>MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 2). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that the plaintiff's application to proceed in forma pauperis (filing 2) is granted, and the complaint shall be filed without payment of fees.

Dated this 22nd day of July, 2019.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Chief United States District Judge